NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ISAAC INDUSTRIES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2011-1616

———————————

Appeal from the United States Court of International Trade in No. 07-CV-0178, Chief Judge Donald C. Pogue.

———————————

**JUDGMENT**

———————————

PETER S. HERRICK, Law Office of Peter S. Herrick, PA, of Miami, Florida, argued for plaintiff appellant.

EDWARD F. KENNY, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of New York, New York, argued for defendant-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, of Washington, DC, and BARBARA S. WILLIAMS, Attorney in Charge, International Trade Field Office, of New York, New York. Of counsel on the brief was SHERYL A. FRENCH, Attorney, Office of the Assistant Chief Counsel, United States Department of Customs and Border Protection, of New York, New York.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, Moore, and O'Malley, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


June 13, 2012            /s/ Jan Horbaly
Date                       Jan Horbaly
Clerk